## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| J & J Sports Productions, Inc., | Court File No. 10-cv-00782-RHK-JJK |
| Plaintiff, | |
| v. | **AMENDED ORDER OF DISMISSAL** |
| Jorge Sanchez and Blanca Sanchez, individually, and d/b/a Mazatlan; and Mazatlan, LLC, an unknown business entity d/b/a Mazatlan, | |
| Defendants. | |

_____

The Court having been advised that the parties require additional time to consummate the settlement of this matter,

IT IS HEREBY ORDERED that the Court's previous Order of Dismissal, entered July 15, 2011, is herewith amended to allow the Court to retain jurisdiction for NINETY (90) days from July 15, 2011, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 13, 2011

s/Richard H. Kyle
RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT